IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

RAYMOND G. SCHWED,

                Defendant.

ORDER

14-po-15-slc

---

The court accepts defendant's letter request to accept his change of plea to guilty and pay the fine. Therefore, IT IS ORDERED that defendant Raymond Schwed shall pay a fine of $50 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 no later than April 3, 2015. A $25 criminal assessment fee is also imposed and is to be paid to the Clerk of Court immediately.

Entered this 27th day of February, 2015.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge